IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **JACKIE BARTON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No.: _____ ) ) Cook County Case No. 08 L 6682 |
| **CITY OF HARVEY** a municipal Corporation, **ERIC KELLOGG**, Mayor, and City Council members **JULIUS PATTERSON, JOSEPH WHITTINGTON, DARYL CRUDUP, MICHAEL BOWENS, DONALD NESBIT** and **KEITH PRICE,** | ) ) ) ) ) ) ) ) ) FILED:  AUGUST 8, 2008    08CV4510    JUDGE GETTLEMAN    MAGISTRATE JUDGE ASHMAN    NF |
| **Defendants.** | ) |

### DEFENDANTS' NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION:

Defendants, City of Harvey, Eric Kellogg, Julius Patterson, Joseph Whittington, Daryl Crudup, Michael Bowens, Donald Nesbit and Keith Price, by their attorneys, Julie A. Bruch, Jane M. May and Joshua S. Abern, pursuant to 28 U.S.C. §1441, state as follows for their Notice of Removal:

1. On June 19, 2008, plaintiff, Jackie Barton, filed suit against the above named defendants in the Circuit Court of Cook County, Illinois. A copy of plaintiffs' Complaint at Law is attached hereto as Exhibit "A".

2. On or about July 15, 2008, Defendants were served with summons.

3. The above-described action is a civil action in which this Court has original jurisdiction under the provisions of 28 USC §1331 and is one which may be removed to this Court by the Defendant pursuant to the provisions of 28 USC §1441 in that Plaintiff filed suit against Defendants for, *inter alia*, a violation of his civil rights pursuant to 42 U.S.C. §1983.

4. Plaintiff's complaint against defendants also includes state law claims for which this Court should assume pendant jurisdiction pursuant to 28 USC §1441(c) and/or 28 USC §1367.

5. As required by 28 USC §1446(d), notice of removal will be served upon all parties of record and will be filed with the Circuit Court of Cook County, Illinois.

6. Defendants agree and consent to removal of this action from the Circuit Court of Cook County, Illinois to the United States District Court of the Northern District, Eastern Division.

7. The United States District Court for the Northern District of Illinois, Eastern Division, is the District Court for the district embracing Cook County, Illinois. 28 USC §93(c).

8. Pursuant to the requirements of 28 USC §1446(a), the pleadings filed in the Cook County action have been filed herewith.

WHEREFORE, Defendants, City of Harvey, Eric Kellogg, Julius Patterson, Joseph Whittington, Daryl Crudup, Michael Bowens, Donald Nesbit and Keith Price hereby give notice of removal of this action to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully Submitted,

City Of Harvey, Eric J. Kellogg, Julius Patterson, Joseph Whittington, Daryl Crudup, Michael Bowens, Donald Nesbit And Keith Price

By:  s/Joshua S. Abern
Joshua S. Abern, #6285598
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone: (847) 291-0200
Facsimile: (847) 291-9230
E-mail: jabern@okgc.com

Julie A. Bruch
Jane M. May
Joshua S. Abern
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone:   847/291-0200
Fax:         847/291-9230

2

# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACKIE BARTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: |
| ) | |
| CITY OF HARVEY, a municipal corporation, ) | Judge |
| ERIC J. KELLOGG, Mayor, and City Council ) | |
| Members JULIUS PATTERSON, JOSEPH ) | Magistrate Judge |
| WHITTINGTON, DARYL CRUDUP, MICHAEL ) | |
| BOWENS, DONALD NESBIT and KEITH PRICE, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, I electronically filed Defendants' Notice of Removal with the Clerk of Court using the CM/ECF system and I hereby certify that on August 8, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael J. Kedzie
Kedzie, Muir & Associates, LLC
39 South LaSalle St., Suite 915
Chicago, IL 60603

Clerk of the Circuit Court
Law Division, Room 801
Richard J. Daley Center
50 W. Washington Street
Chicago, IL 60602

         City Of Harvey, Eric J. Kellogg, Julius Patterson,
         Joseph Whittington, Daryl Crudup, Michael
         Bowens, Donald Nesbit And Keith Price

By:   s/Joshua S. Abern
      Joshua S. Abern, #6285598
      O'Halloran Kosoff Geitner & Cook, LLC
      650 Dundee Road, Suite 475
      Northbrook, IL 60062
      Telephone:  (847) 291-0200
      Facsimile:   (847) 291-9230
      E-mail: jabern@okgc.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **JACKIE BARTON,** | ) |
|    **Plaintiff,** | ) ) ) |
| **v.** | )   **Case No.:** _____ ) ) |
| **CITY OF HARVEY a municipal Corporation, ERIC KELLOGG, Mayor, and City Council members JULIUS PATTERSON, JOSEPH WHITTINGTON, DARYL CRUDUP, MICHAEL BOWENS, DONALD NESBIT and KEITH PRICE,** | )   **Cook County Case No. 08 L 6682** ) )  FILED:    AUGUST 8, 2008 )        08CV4510 )        JUDGE GETTLEMAN )        MAGISTRATE JUDGE ASHMAN )        NF ) |
|    **Defendants.** | ) |

## NOTICE OF FILING

YOU ARE HEREBY NOTIFIED that on the 8th day of August 2008, the undersigned filed with the Clerk of the above-named Court, Defendants' Notice of Removal, Civil Cover Sheet and Notice of Filing, copies of which are hereby being served upon you.

        Respectfully Submitted,

        City Of Harvey, Eric J. Kellogg, Julius Patterson, Joseph Whittington, Daryl Crudup, Michael Bowens, Donald Nesbit And Keith Price

By:    s/Joshua S. Abern
        Joshua S. Abern, #6285598
        O'Halloran Kosoff Geitner & Cook, LLC
        650 Dundee Road, Suite 475
        Northbrook, IL 60062
        Telephone:  (847) 291-0200
        Facsimile:   (847) 291-9230
        E-mail: jabern@okgc.com

Julie A. Bruch
Jane M. May
Joshua S. Abern
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone:     847/291-0200
Fax:                847/291-9230

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACKIE BARTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: |
| | ) | |
| CITY OF HARVEY, a municipal corporation, | ) | Judge |
| ERIC J. KELLOGG, Mayor, and City Council | ) | |
| Members JULIUS PATTERSON, JOSEPH | ) | Magistrate Judge |
| WHITTINGTON, DARYL CRUDUP, MICHAEL | ) | |
| BOWENS, DONALD NESBIT and KEITH PRICE, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 8, 2008, I electronically filed Defendants' Notice of Filing with the Clerk of Court using the CM/ECF system and I hereby certify that on August 8, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael J. Kedzie
Kedzie, Muir & Associates, LLC
39 South LaSalle St., Suite 915
Chicago, IL 60603

Clerk of the Circuit Court
Law Division, Room 801
Richard J. Daley Center
50 W. Washington Street
Chicago, IL 60602

                City Of Harvey, Eric J. Kellogg, Julius Patterson,
                Joseph Whittington, Daryl Crudup, Michael
                Bowens, Donald Nesbit And Keith Price

      By:    s/Joshua S. Abern
                Joshua S. Abern, #6285598
                O'Halloran Kosoff Geitner & Cook, LLC
                650 Dundee Road, Suite 475
                Northbrook, IL 60062
                Telephone: (847) 291-0200
                Facsimile: (847) 291-9230
                E-mail: jabern@okgc.com

JUDGE GETTLEMAN
MAGISTRATE JUDGE ASHMAN
NF

Attorney No. 44209

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JACKIE BARTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | 2008L006682 |
| | ) | CALENDAR/ROOM F |
| CITY OF HARVEY, a municipal corporation, | ) | TIME 00:00 |
| ERIC J. KELLOGG, Mayor, and City Council | ) | PI Stat Misc Action |
| members JULIUS PATTERSON, JOSEPH | ) | |
| WHITTINGTON, DARYL CRUDUP, | ) | |
| MICHAEL BOWENS, DONALD NESBIT | ) | |
| and KEITH PRICE, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

NOW COMES the plaintiff, JACKIE BARTON, by and through his attorney, MICHAEL J. KEDZIE of KEDZIE, MUIR & ASSOCIATES, LLC, and complaining of the defendants, CITY OF HARVEY, a municipal corporation, ERIC J. KELLOGG, Mayor, and City Council members JULIUS PATTERSON, JOSEPH WHITTINGTON, DARYL CRUDUP, MICHAEL BOWENS, DONALD NESBIT and KEITH PRICE, states as follows:

### COUNT I

1. At all relevant times, the plaintiff, JACKIE BARTON, was a citizen of the State of Illinois and was for a number of years prior to the events giving rise to this Complaint, employed by the CITY OF HARVEY ("CITY") as the superintendent of parking facilities.

2. At all relevant times, defendant, CITY OF HARVEY, was a municipal corporation, existing under and pursuant to the laws of the State of Illinois.

3. At all relevant times, ERIC J. KELLOGG, was mayor of the CITY OF HARVEY and JULIUS PATTERSON, JOSEPH WHITTINGTON, DARYL CRUDUP, MICHAEL BOWENS, DONALD NESBIT and KEITH PRICE, comprised the city council of the CITY OF HARVEY and as such each individually and as a group had authority to create and implement official policy on behalf of the city.

4. On or about June 22, 2007, the plaintiff was fired from his position with the City abruptly and without warning. At the time of his firing, the plaintiff was told that this decision came from the highest authority and that MAYOR KELLOGG had ordered Mr. Barton's firing. Plaintiff was told by certain city officials that the reason for his firing was because he had been seen at the campaign headquarters of the Mayor's rival during the previous election.

5 Plaintiff was lead to believe that his firing was in retaliation for expressing his first amendment rights to support a candidate different than the current administration and that this was his pay back.

6. Additionally, he was told to stop reporting discrepancies between the estimated cash receipts from the parking lots and the amount of money actually deposited in the bank by an individual placed in the position of collecting the receipts and making the deposits by MAYOR KELLOGG. It is believed that the mayor knew about the allegations made by Mr. Barton as he reported them to the city accountant who in turn reports to the mayor directly.

7. At all relevant times, the plaintiff performed his services diligently and was a dedicated and competent employee of the CITY OF HARVEY.

2

8. The Federal Civil Rights Act, 42 U.S.C. § 1983, *et seq* provides that "every person who, under color of state law ... subjects or causes to be subjected, any citizen of the United States to a deprivation of any rights, privileges or immunities secured by the Constitution and laws shall be liable to the party injured in any action at law, suit in equity or other proper proceedings for address." 42 U.S.C. Section 1983.

9. The defendants, and each of them, discriminated against the plaintiff based upon the plaintiff's political support of and political speech and activities in support of MAYOR KELLOGG's rival in the Harvey mayoral election of 2007 in violation of the First Amendment to the United States Constitution. He was further discriminated against based on his attempt to bring to light possible illegal syphoning of City funds by public employees. The discrimination consisted of discharging the plaintiff from his position with the CITY OF HARVEY without proper cause.

10. Because of their official positions as the policy making authority for the CITY OF HARVEY, the defendants' actions amounted to an official policy of discrimination against the plaintiff on the part of the CITY OF HARVEY. At all relevant times, the defendants were each acting and are sued in their individual and official capacities as they were acting at all times under color of state law.

11. As a direct and proximate result of the defendants' wrongful actions and abridgement of the plaintiff's constitutional rights in violation of the above-stated statute, the plaintiff was injured and suffered severe financial, emotional and personal distress and damages and other pecuniary losses which are ongoing and may be expected to extend into the future.

WHEREFORE, the plaintiff, JACKIE BARTON, demands judgment against the defendants, CITY OF HARVEY, a municipal corporation, ERIC J. KELLOGG, Mayor, and City Council

members JULIUS PATTERSON, JOSEPH WHITTINGTON, DARYL CRUDUP, MICHAEL BOWENS, DONALD NESBIT and KEITH PRICE, jointly and severally, in an amount in excess of $500,000.00 in compensatory damages and $3,000,000.00 in punitive damages plus plaintiff's attorney's fees and costs pursuant to 42 U.S.C. §1988 and any other relief which may be available.

## COUNT II

1-10.   Plaintiff repeats and realleges paragraphs 1-10 of Count I as paragraphs 1-10 of this Count II as though fully set forth herein.

11.   Shortly before he was fired, the plaintiff began reporting the possibility of a misappropriation of funds by the mayor's handpicked person in charge of taking money from the lot cashiers and depositing same in the bank. Plaintiff reported to the city accountant that the bank receipts did not match the cash that was turned over to this individual and that the individual was not going directly to the bank with the cash.

12.   The misappropriation of public funds is a matter of direct public concern and the reporting of such activity is a clearly mandated public policy.

13.   The plaintiff was discharged from his position as a result of and in retaliation for his reporting on this suspicious activity concerning one of the Mayor's handpicked City employees. This constitutes a retaliatory discharge on the part of the City, Mayor and City Council and as a direct and proximate result thereof, the plaintiff was injured and suffered severe financial, emotional and personal distress and damages and other pecuniary losses which are ongoing and may be expected to extend into the future.

WHEREFORE, the plaintiff, JACKIE BARTON, demands judgment against the defendants, CITY OF HARVEY, a municipal corporation, ERIC J. KELLOGG, Mayor, and City Council members JULIUS PATTERSON, JOSEPH WHITTINGTON, DARYL CRUDUP, MICHAEL BOWENS, DONALD NESBIT and KEITH PRICE, jointly and severally, in an amount in excess of $500,000.00 in compensatory damages and $3,000,000.00 in punitive damages plus plaintiff's attorney's fees and costs pursuant to 42 U.S.C. §1988 and any other relief which may be available.

RESPECTFULLY SUBMITTED,

JACKIE BARTON

By: _____
One of his attorneys

Michael J. Kedzie
KEDZIE, MUIR & ASSOCIATES, LLC
Attorneys for Plaintiff
39 South LaSalle Street
Suite 915
Chicago, Illinois 60603
(312) 634-6900
Attorney No. 44209