IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| JACKIE BARTON | FILED: AUGUST 8, 2008 |
| | 08CV4510 |
| v. | JUDGE GETTLEMAN |
| | MAGISTRATE JUDGE ASHMAN |
| CITY OF HARVEY, a municipal corporation, ERIC J. KELLOGG, Mayor, and City Council Members JULIUS PATTERSON, JOSEPH WHITTINGTON, DARYL CRUDUP, MICHAEL BOWENS, DONALD NESBIT and KEITH PRICE | NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF HARVEY, ERIC J. KELLOGG, JULIUS PATTERSON, JOSEPH WHITTINGTON, DARYL CRUDUP, MICHAEL BOWENS, DONALD NESBIT and KEITH PRICE**

| | |
|---|---|
| SIGNATURE | |
| s/Joshua S. Abern | |
| FIRM | |
| O'Halloran Kosoff Geitner & Cook, LLC | |
| STREET ADDRESS | |
| 650 Dundee Road, Suite 475 | |
| CITY/STATE/ZIP | |
| Northbrook, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6285598 | (847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐    NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACKIE BARTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: |
| | ) | |
| CITY OF HARVEY, a municipal corporation, | ) | Judge |
| ERIC J. KELLOGG, Mayor, and City Council | ) | |
| Members JULIUS PATTERSON, JOSEPH | ) | Magistrate Judge |
| WHITTINGTON, DARYL CRUDUP, MICHAEL | ) | |
| BOWENS, DONALD NESBIT and KEITH PRICE, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2008, I electronically filed Defendants' Appearance with the Clerk of Court using the CM/ECF system and I hereby certify that on August 8, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael J. Kedzie
Kedzie, Muir & Associates, LLC
39 South LaSalle St., Suite 915
Chicago, IL 60603

City Of Harvey, Eric J. Kellogg, Julius Patterson, Joseph Whittington, Daryl Crudup, Michael Bowens, Donald Nesbit And Keith Price

By:    s/Joshua S. Abern
Joshua S. Abern, #6285598
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone:  (847) 291-0200
Facsimile:   (847) 291-9230
E-mail: jabern@okgc.com