IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>JACKIE BARTON<br><br>v.<br><br>CITY OF HARVEY, a municipal corporation, ERIC J. KELLOGG, Mayor, and City Council Members JULIUS PATTERSON, JOSEPH WHITTINGTON, DARYL CRUDUP, MICHAEL BOWENS, DONALD NESBIT and KEITH PRICE | Case<br>FILED:   AUGUST 8, 2008<br>         08CV4510<br>         JUDGE GETTLEMAN<br>         MAGISTRATE JUDGE ASHMAN<br>         NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF HARVEY, ERIC J. KELLOGG, JULIUS PATTERSON, JOSEPH WHITTINGTON, DARYL CRUDUP, MICHAEL BOWENS, DONALD NESBIT and KEITH PRICE**

| | |
|---|---|
| SIGNATURE<br>s/Jane M. May | |
| FIRM<br>O'Halloran Kosoff Geitner & Cook, LLC | |
| STREET ADDRESS<br>650 Dundee Road, Suite 475 | |
| CITY/STATE/ZIP<br>Northbrook, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6207760 | TELEPHONE NUMBER<br>(847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES X   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |

## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JACKIE BARTON, ) | |
|          ) | |
|          Plaintiff, ) | |
| v.       ) | Case No.: |
|          ) | |
| CITY OF HARVEY, a municipal corporation, ) | Judge |
| ERIC J. KELLOGG, Mayor, and City Council ) | |
| Members JULIUS PATTERSON, JOSEPH ) | Magistrate Judge |
| WHITTINGTON, DARYL CRUDUP, MICHAEL ) | |
| BOWENS, DONALD NESBIT and KEITH PRICE, ) | |
|          ) | |
|          Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2008, I electronically filed Defendants' Appearance with the Clerk of Court using the CM/ECF system and I hereby certify that on August 8, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael J. Kedzie
Kedzie, Muir & Associates, LLC
39 South LaSalle St., Suite 915
Chicago, IL 60603

        City Of Harvey, Eric J. Kellogg, Julius Patterson,
        Joseph Whittington, Daryl Crudup, Michael
        Bowens, Donald Nesbit And Keith Price

    By:   s/Jane M. May
           Jane M. May, #6207760
           O'Halloran Kosoff Geitner & Cook, LLC
           650 Dundee Road, Suite 475
           Northbrook, IL 60062
           Telephone:  (847) 291-0200
           Facsimile:   (847) 291-9230
           E-mail: jmay@okgc.com