IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>JACKIE BARTON<br><br>v.<br><br>CITY OF HARVEY, a municipal corporation,<br>ERIC J. KELLOGG, Mayor, and City Council<br>Members JULIUS PATTERSON, JOSEPH<br>WHITTINGTON, DARYL CRUDUP, MICHAEL<br>BOWENS, DONALD NESBIT and KEITH PRICE | Case   08-CV-4510<br><br>Judge Gettleman<br>Magistrate Judge Ashman |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF HARVEY, ERIC J. KELLOGG, JULIUS PATTERSON, JOSEPH WHITTINGTON, DARYL CRUDUP, MICHAEL BOWENS, DONALD NESBIT and KEITH PRICE**

| | |
|---|---|
| SIGNATURE<br>s/Clifford G. Kosoff | |
| FIRM<br>O'Halloran Kosoff Geitner & Cook, LLC | |
| STREET ADDRESS<br>650 Dundee Road, Suite 475 | |
| CITY/STATE/ZIP<br>Northbrook, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3122385 | TELEPHONE NUMBER<br>(847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X     NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JACKIE BARTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.:  08-cv-4510 |
| | ) | |
| CITY OF HARVEY, a municipal corporation, | ) | Judge Gettleman |
| ERIC J. KELLOGG, Mayor, and City Council | ) | |
| Members JULIUS PATTERSON, JOSEPH | ) | Magistrate Judge Ashman |
| WHITTINGTON, DARYL CRUDUP, MICHAEL | ) | |
| BOWENS, DONALD NESBIT and KEITH PRICE, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I electronically filed Defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Michael J. Kedzie
    m.kedzie@yahoo.com

                                          City Of Harvey, Eric J. Kellogg, Julius Patterson, Joseph Whittington, Daryl Crudup, Michael Bowens, Donald Nesbit And Keith Price

                      By:     s/Clifford G. Kosoff
                                Clifford G. Kosoff, #3122385
                                O'Halloran Kosoff Geitner & Cook, LLC
                                650 Dundee Road, Suite 475
                                Northbrook, IL 60062
                                Telephone:  (847) 291-0200
                                Facsimile:   (847) 291-9230
                                E-mail:  ckosoff@okgc.com