IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JACKIE BARTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 08-cv-4510 |
| v. ) | |
| ) | |
| CITY OF HARVEY a municipal ) | |
| Corporation, ERIC KELLOGG, Mayor, ) | |
| and City Council members JULIUS ) | |
| PATTERSON, JOSEPH WHITTINGTON, ) | |
| DARYL CRUDUP, MICHAEL BOWENS, ) | |
| DONALD NESBIT and KEITH PRICE, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants, City of Harvey, Eric Kellogg, Julius Patterson, Joseph Whittington, Daryl Crudup, Michael Bowens, Donald Nesbit and Keith Price, by their attorneys, Clifford G. Kosoff, Julie A. Bruch, Jane M. May and Joshua S. Abern, hereby move this Honorable Court for an extension of time to answer or otherwise plead to plaintiff's complaint, until September 8, 2008. In support of said motion, defendants state as follows:

1. On June 19, 2008, plaintiff, Jackie Barton, filed suit against the above named defendants in the Circuit Court of Cook County, Illinois. Plaintiff's complaint seeks recovery based on an alleged violation of 42 U.S.C. §1983 as well as an alleged retaliatory discharge of Plaintiff.

2. Defendants received service of the summons and complaint on or around July 15, 2008.

3. Defendants timely removed this action to the Northern District of Illinois based on federal question jurisdiction on August 8, 2008.

4.       Pursuant to Federal Rule of Civil Procedure Rule 81(c), defendants have five (5) days from the date of removal to file their answer or otherwise plead. Fed.R.Civ.Pro. 81(c).

5.       Counsel for defendants requires additional time to gather factual information so that it may accurately and completely respond to plaintiff's complaint. Defendants therefore request an additional 30 days, or until September 12, 2008, to file their answer or other responsive pleading.

6.       Plaintiff has no objection to this motion. This is defendants' first request for an extension of time. No party will be prejudiced by the granting of this motion, nor will it unduly delay this litigation.

WHEREFORE, defendants, City of Harvey, Eric Kellogg, Julius Patterson, Joseph Whittington, Daryl Crudup, Michael Bowens, Donald Nesbit and Keith Price, respectfully request that this Honorable Court grant them until September 12, 2008 to answer or otherwise respond to plaintiff's complaint, and for such other and further relief as this Court deems appropriate.

Respectfully Submitted,

City of Harvey, Eric Kellogg, Julius Patterson, Joseph Whittington, Daryl Crudup, Michael Bowens, Donald Nesbit and Keith Price

By: s/ Joshua S. Abern
      One of Their Attorneys

Julie A. Bruch
Jane M. May
Joshua S. Abern
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone:   847/291-0200
Fax:          847/291-9230

## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JACKIE BARTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 08-cv-4510 |
| | ) | |
| CITY OF HARVEY, a municipal corporation, | ) | Judge Gettleman |
| ERIC J. KELLOGG, Mayor, and City Council | ) | |
| Members JULIUS PATTERSON, JOSEPH | ) | Magistrate Judge Ashman |
| WHITTINGTON, DARYL CRUDUP, MICHAEL | ) | |
| BOWENS, DONALD NESBIT and KEITH PRICE, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I electronically filed Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Kedzie
m.kedzie@yahoo.com


        City of Harvey, Eric Kellogg, Julius Patterson, Joseph Whittington, Daryl Crudup, Michael Bowens, Donald Nesbit and Keith Price

By:   s/ Joshua S. Abern
       Joshua S. Abern, # 6285598
       O'Halloran Kosoff Geitner & Cook, LLC
       650 Dundee Road, Suite 475
       Northbrook, Illinois 60062
       Telephone:   847/291-0200
       Fax:   847/291-9230
       E-mail:  jabern@okgc.com