IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JACKIE BARTON,   )<br>  )<br>   Plaintiff,   )<br>  )<br>v.   )<br>  )<br>CITY OF HARVEY a municipal   )<br>Corporation, ERIC KELLOGG, Mayor,   )<br>and City Council members JULIUS   )<br>PATTERSON, JOSEPH WHITTINGTON,   )<br>DARYL CRUDUP, MICHAEL BOWENS,   )<br>DONALD NESBIT and KEITH PRICE,   )<br>  )<br>   Defendants.   ) | Case No.: 08-cv-4510 |

## NOTICE OF MOTION

To:   Michael J. Kedzie
      Kedzie, Muir & Associates, LLC
      39 South LaSalle St., Suite 915
      Chicago, IL 60603

PLEASE TAKE NOTICE that on the **19th day of August, 2008**, we shall appear before the Honorable Judge Robert Gettleman, in courtroom 1703 usually occupied by him at the U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois, at the hour of **9:15 a.m.**, and then and there shall move the Court in accordance with the Unopposed Motion For Extension of Time to Answer or Otherwise Plead, at which time and place you may appear if you wish to do so.

City of Harvey, Eric Kellogg, Julius Patterson, Joseph Whittington, Daryl Crudup, Michael Bowens, Donald Nesbit and Keith Price

By:   s/ Joshua S. Abern
      Joshua S. Abern, # 6285598
      O'Halloran Kosoff Geitner & Cook, LLC
      650 Dundee Road, Suite 475
      Northbrook, Illinois 60062
      Telephone:   847/291-0200
      Fax:         847/291-9230
      E-mail:  jabern@okgc.com

## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JACKIE BARTON,                              ) | |
|                                             ) | |
|       Plaintiff,               ) | |
| v.                                          ) | Case No.:  08-cv-4510 |
|                                             ) | |
| CITY OF HARVEY, a municipal corporation,    ) | Judge Gettleman |
| ERIC J. KELLOGG, Mayor, and City Council    ) | |
| Members JULIUS PATTERSON, JOSEPH            ) | Magistrate Judge Ashman |
| WHITTINGTON, DARYL CRUDUP, MICHAEL          ) | |
| BOWENS, DONALD NESBIT and KEITH PRICE,      ) | |
|                                             ) | |
|       Defendants.              ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I electronically filed Defendants' Notice of Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Michael J. Kedzie
    m.kedzie@yahoo.com


                                         City of Harvey, Eric Kellogg, Julius Patterson, Joseph Whittington, Daryl Crudup, Michael Bowens, Donald Nesbit and Keith Price

                       By:    s/ Joshua S. Abern
                                   Joshua S. Abern, # 6285598
                                   O'Halloran Kosoff Geitner & Cook, LLC
                                   650 Dundee Road, Suite 475
                                   Northbrook, Illinois 60062
                                   Telephone:    847/291-0200
                                   Fax:             847/291-9230
                                   E-mail:  jabern@okgc.com