# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number:      08-CV-4510

Jackie Barton          v.

City of Harvey, a municipal corporation, Eric J. Kellogg, Mayor,
and City Council Members Julius Patterson, Joseph Whittington,
Daryl Crudup, Michael Bowens, Donald Nesbit and Keith Price


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jackie Barton, Plaintiff

| |
|---|
| NAME (Type or print) <br> Michael J. Kedzie |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Michael J. Kedzie |
| FIRM <br> Kedzie, Muir & Associates, LLC |
| STREET ADDRESS 39 South LaSalle Street, Suite 915 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06196237 | TELEPHONE NUMBER <br> (312) 634-6900 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X☐    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACKIE BARTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  08-CV-04510 |
| | ) |
| CITY OF HARVEY, a municipal corporation, | ) Honorable Judge Gettleman |
| ERIC J. KELLOGG, Mayor, and City Council | ) |
| members JULIUS PATTERSON, JOSEPH | ) Magistrate Judge Ashman |
| WHITTINGTON, DARYL CRUDUP, | ) |
| MICHAEL BOWENS, DONALD NESBIT | ) |
| and KEITH PRICE, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, I electronically filed Plaintiff's Appearance with the Clerk of  Court using the CM/ECF system which will send notification of such filing to the following:

Julie A. Bruch (jbruch@okgc.com)
Jane M. May (jmay@okgc.com)
Joshua S. Abern (jabern@okgc.com)
Clifford G. Kosoff (ckosoff@okgc.com)

 s/Michael J. Kedzie
Michael J. Kedzie, #06196237
KEDZIE, MUIR & ASSOCIATES, LLC
Attorneys for Plaintiff Jackie Barton
39 South LaSalle Street, Suite 915
Chicago, Illinois 60603
Telephone:    312/634-6900
Facsimile:    312/634-6925
E-mail:       m.kedzie@yahoo.com